Same case below, 303 S.W.3d 527.

■

**No. 09-9938. Jason Yates, Petitioner v. Larry Small, Warden.**

561 U.S. 1028, 130 S. Ct. 3507, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5356.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 40.

■

**No. 09-9956. Max Alexander Soffar, Petitioner v. Texas.**

561 U.S. 1028, 130 S. Ct. 3507, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5468.

June 28, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

■

**No. 09-9988. Elizabeth Liggon-Redding, Petitioner v. Rosyln Souser, et al.**

561 U.S. 1028, 130 S. Ct. 3507, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5458.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 618.

■

**No. 09-10030. Christopher Bingley, Petitioner v. California.**

561 U.S. 1028, 130 S. Ct. 3506, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5327.

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

■

**No. 09-10053. Dennis Mitchell, Petitioner v. United States.**

561 U.S. 1028, 130 S. Ct. 3506, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5392.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 374 Fed. Appx. 859.

■

**No. 09-10290. Joe V. Wright, Petitioner v. Raceway Park, Inc., et al.**

561 U.S. 1028, 130 S. Ct. 3508, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5374.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

■

**No. 09-10300. Ronald R. Cole, Petitioner v. Nichalas Hiland, et al.**

561 U.S. 1029, 130 S. Ct. 3508, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5423, ■

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■

**No. 09-10332. Darryl A. Robinson, Petitioner v. Unknown Livingston.**

561 U.S. 1029, 130 S. Ct. 3508, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5490.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.